# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia
### Augusta Division

| | |
|---|---|
| In re:<br>**Rosalind Malone,**<br>    Debtor. | Case No.:  21–10168–SDB<br>Judge:  Susan D. Barrett<br>Chapter:  13 |

## NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY

Notice is hereby given that a hearing to consider the **Motion for Relief from Stay** filed by **Selene Finance LP, as attorney in fact for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association** will be held on:

January 24, 2022, at 10:30 AM
(BY TELEPHONE)

To participate in the hearing, use the information below and **dial in at least 10 minutes prior** to the scheduled hearing time:

Call: 1–888–363–4749
Access Code: 7030574
Security Code: 4172020

While participating in the hearing, please comply with the following:

1. Identify yourself at the beginning of the call and each time you speak for the record.
2. Place all phones on mute when your case is not being heard.
3. Do not use the "speaker" function. Do not place the call on hold.
4. Users are prohibited from recording or broadcasting the proceedings conducted by the U.S. Bankruptcy Court for the Southern District of Georgia.

If you are unable to utilize this telephonic service, please contact the Clerk's Office via telephone at 706–823–6000 prior to your hearing to make other arrangements. If you experience technical difficulty at the time of your hearing and are unable to participate in your hearing, you must promptly report such difficulty to the Clerk's Office. Otherwise, you will be deemed to have been afforded the opportunity to participate in the hearing.

Attorneys: Please advise your clients not to appear at the courthouse(s). You should notify your client (debtor) prior to the telephonic hearing if their participation is required. Parties can assist the Court in facilitating telephonic hearings by contacting opposing counsel and interested parties well in advance of hearings to resolve any issues that can be resolved.

*Within seven (7) days after the date of this notice, the movant/movant's attorney is directed to serve a copy of the motion, together with a copy of this notice, on the trustee, debtor, debtor's attorney, U.S. Trustee (except in Chapter 13 cases) and on those persons specified by the Bankruptcy Rules. A certificate of service shall be filed with the Court immediately thereafter.*

*Lucinda Rauback, Clerk*
United States Bankruptcy Court
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated: **December 23, 2021**

<u>ORDER</u>

Pursuant to 11 U.S.C. Section 362(e), the automatic stay under 11 U.S.C. §362 is hereby continued and shall remain in full force and effect pending the final ruling on the motion, unless movant files an objection to any such extension prior to service of the motion.



Susan D. Barrett
United States Bankruptcy Judge
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated: **December 23, 2021**
*GASB−35supp [1/21]* ***CMT***